**RICHARD A. SLY**, OSB # 630740
Law Office of Evans & Evans
610 SW Broadway, Suite 405
Portland Oregon 97205
Voice: (503) 224-0436
Fax:   (503) 226-1227

**LINDA S. ZISKIN, OSB #011067**
linda@ziskinlawoffice.com
P.O. Box 753833
Las Vegas, NV 89136
Phone: (503) 889-0472
Fax:   (888) 889-5776
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL ROSS PERRY,<br><br>  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER SOCIAL SECURITY ADMINISTRATION<br><br>  Defendant. | Case. No. 3:12-cv-01506-PK<br><br>ORDER AUTHORIZING ATTORNEY FEES UNDER 42 USC 406(b) |

Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the net amount of $6452.46, are hereby awarded to Plaintiff's attorney, Richard Sly.

///

The check, minus the user fee, should be mailed to the address below:

       **RICHARD A. SLY**
      **Law Office of Evans & Evans**
      **610 SW Broadway, Suite 405**
       **Portland, OR 97205**

IT IS SO ORDERED this 18th day of July, 2016.

          _____
          HON. PAUL PAPAK
          UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

s/ Linda S. Ziskin
LINDA S. ZISKIN, OSB #011067
P.O. Box 753833
Las Vegas, NV 89136
(503) 889-0472
 Attorney for Plaintiff